1   **CAROL ANN MOSES #164193**
    Attorney at Law
2   545 East Alluvial, Ste. 112
    Fresno, California 93720
3   Telephone: (559) 449-9069
    Facsimile: (559) 449-9016
4

5   Attorney for Defendant, GEORGE S. ASHCROFT

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )     CASE #6:08-mj-00101-WMW
                                        )
12                                      )
                                        )     WAIVER OF DEFENDANT'S
13                      Plaintiff,      )     PERSONAL APPEARANCE
                                        )
14  vs.                                 )
                                        )
15  GEORGE S. ASHCROFT,                 )
                                        )
16                      Defendant.      )
                                        )
17  _____    )

18          TO THE ABOVE-ENTITLED COURT:

19          The Defendant GEORGE S. ASHCROFT, having been advised of his right to be present

20  at all stages of proceedings, including, but not limited to, presentation of and arguments on

21  questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

22  waives the right to be present at the hearing of any motion or other proceeding in this cause.

23  Examples of hearings concerning which the defendant waives the right to be present include

24  when the case is set for trial, when a continuance is ordered, when a motion to set aside an

25  indictment is heard, during a plea or change of plea, during sentencing or any case disposition,

26  when a motion for reduction of bail or for a personal recognizance release is heard.

27          The undersigned Defendant requests the Court to proceed during every absence of the

28  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

                                         1
                    WAIVER OF DEFENDANT'S PERSONAL APPEARANCE

1   is represented at all times by the presence of his attorney the same as if the Defendant were

2   personally present in court, and further agrees that notice to Defendant's attorney that

3   Defendant's presence in court on a particular day at a particular time is required is notice to the

4   Defendant of the requirement of Defendant's appearance at that time and place.

5

6   Dated: June 23, 2008

By:  /s/ George S. Ashcroft
         GEORGE S. ASHCROFT

8   Dated: June 23, 2008

By:  /s/ Carol Ann Moses
         CAROL ANN MOSES
         Attorney for Defendant,
         GEORGE S. ASHCROFT

11  **It is so ordered:**

12

         WILLIAM M. WUNDERLICH
13       U.S. MAGISTRATE COURT JUDGE

14  IT IS SO ORDERED.

15

16  **Dated:    June 24, 2008**          **/s/  William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE